UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GUARANTY BANK & TRUST COMPANY                                              PLAINTIFF

v.                                                         CASE NO. 4:13-cv-100-B-V

FGDI DIVISION OF AGREX, INC.,
WHOLLY OWNED SUBSIDIARY OF
MITSUBISHI CORPORATION,
FARMERS GRAIN TERMINAL, INC.,
And EXPRESS GRAIN TERMINALS, LLC                                          DEFENDANTS

## ORDER ON PLAINTIFF'S MOTION TO STAY

**THIS CAUSE** came upon *ore tenus* Motion of Plaintiff, Guaranty Bank & Trust Company, pursuant to Local Rule 16(b)(1)(B), to stay certain proceedings in this matter, as Plaintiff has filed a Motion to Remand [12] this action to the Circuit Court of Humphreys County, Mississippi. Finding the Plaintiff's Motion is well-taken, the Motion is hereby **GRANTED.**

**IT IS HEREBY ORDERED:**

1. That certain proceedings, including the Initial Case Management Conference and disclosure requirements and all discovery not related to the remand issue, are **STAYED** pending the court's ruling on the remand motion.

**2.** That should the court deny the motion to remand, the Plaintiff shall submit an order lifting the stay to the undersigned within 7 days of said ruling.

**ORDERED** this 27th day of June, 2013.

                                          **/s/        Jane M. Virden**
                                          **UNITED STATES MAGISTRATE JUDGE**